UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Petition of :** William A. Molinski

**AFFIDAVIT OF SPONSOR**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

STATE OF NEW YORK
COUNTY OF New York

James H. McQuade, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Orrick Herrington and Sutcliffe, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 510683.

2. I make this affidavit in support of the admission of William A. Molinski.

3. I have known William A. Molinski since 2000, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 17th, day of November, 2014.

_____
SPONSOR

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011