# COOPER ERVING & SAVAGE LLP
### ATTORNEYS AND COUNSELLORS AT LAW

*Founded 1813*

TERRANCE P. CHRISTENSON
MICHAEL A. KORNSTEIN
SUSAN CARROLL PICOTTE
PHILLIP G. STECK
KELLY L. MALLOY
DAVID C. ROWLEY
BRIAN W. MATULA*

KIMBERLY G. FINNIGAN†
DENNIS W. HABEL
CARLO A.C. DE OLIVEIRA ±
CAROLINE W. T. LANG

*ALSO ADMITTED IN VERMONT
±ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW JERSEY

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207-2797
(518) 449-3900
FACSIMILE (518) 432-3111

CLIFTON PARK OFFICE:
1520 CRESCENT ROAD – SUITE 300
CLIFTON PARK, NEW YORK 12065
(518) 371-0716

SARATOGA SPRINGS OFFICE:
63 PUTNAM STREET – SUITE 202
SARATOGA SPRINGS, NEW YORK 12866
(518) 244-8918

JAMES FENIMORE COOPER
(1888-1938)
WM. VAN RENSSELAER ERVING
(1925-1940)
B. JERMAIN SAVAGE
(1910-1952)

± CAROLYN SNYDER LEMMON
SARAH J. BURGER
*OF COUNSEL*

REPLY TO ALBANY OFFICE

December 22, 2014

Hon. Christian F. Hummel
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207-2936

      **RE:**    **Applied Materials, Inc. v. Terry Burks**
               **Civil Action No.: 1:14-cv-01346 (GTS/CFH)**

Dear Judge Hummel:

      We are the attorneys for Non-Party Chad Fichtner. We are writing to request a conference to discuss non-party subpoenas served upon Mr. Fichtner in advance of formal motion practice to quash these subpoenas.

      Mr. Fitchner was served with two subpoenas purporting to require him to produce documents and attend a deposition in the above referenced matter. Documentation is required to be produced by December 30, 2014 and his testimony is demanded for January 5, 2015 at 9:00AM. Compliance has been sought within the Northern District of New York. Attached herewith are copies of the subpoenas.

      The subpoenas have been issued prior to the Court's initial conference in this case, which is currently scheduled for February 3, 2015, and before the parties have conferred pursuant to Rule 26(f). As the Court is aware, Rule 26(d)(1) prohibits discovery "from any source" prior to the parties' Rule 26(f) conference. The subpoenas issued to Mr. Fichtner have therefore been served prematurely and should be quashed. While it appears there has been certain limited discovery in this case with the permission of the Court, the subpoenas issued to Mr. Fichtner appear to be completely unrelated to this limited discovery which was previously permitted by the Court.

   We have forwarded this letter to Counsel for the Plaintiff, together with a letter objecting to the timing and contents of the subpoenas today and have requested the withdrawal of the subpoenas. It is my understanding that counsel for non-party Westerwood Global USA, LLC has also raised issue with non-party subpoenas which have been issued to its representatives by the Plaintiff.

   In light of the impending compliance dates, and the upcoming holiday schedule which may pose problems with scheduling, we are writing now to request a conference to discuss these matters. We appreciate the Court's consideration of our request and are available at the Court's convenience should the Court be willing to discuss this matter with counsel.

                Respectfully submitted,

                COOPER ERVING & SAVAGE LLP

                David C. Rowley
                Bar Roll No. 103500

                       213734