UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>                              Plaintiff,<br><br>            -against-<br><br>TERRY BURKS,<br><br>                              Defendant. | **NOTICE OF APPEARANCE**<br>*FOR*<br>*NON-PARTY*<br>*Westerwood Global USA LLC*<br><br>Civil Action No.<br>1:14-cv-01346<br>(GTS/CFH) |

PLEASE TAKE NOTICE, that the undersigned has been retained as Attorney for Non-Party Westerwood Global USA LLC in the above captioned matter. All papers in this proceeding must be served upon the undersigned at the address listed below.

I certify that I am admitted to practice in this Court.

Dated: December 29, 2014
      Albany, New York

COOPER ERVING & SAVAGE LLP

By: _____
David C. Rowley, Esq.
Bar Roll No. 103500

*Attorneys for Westerwood Global USA LLC*
39 North Pearl Street
Albany, New York 12207
(518) 449-3900
drowley@coopererving.com